IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

VALERIE J. MCDANIEL,                          Case No. 10-74788-FJS
                                                     Chapter 7

        Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

        Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Rjm Acquisitions, LLC<br>575 Underhill Blvd.<br>Suite 224<br>Syosset, NY 11791 | $4.44 |
| **TOTAL** | **$4.44** |

Dated: August 10, 2011                 /s/ Charles L. Marcus
                                               Charles L. Marcus, Trustee
                                               VSB #7020
                                               580 East Main Street, Suite 300
                                               Chesapeake, VA 23320
                                               (757) 622-9005

## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on August 20, 2011 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA 23510.

                                                                               /s/ Charles L. Marcus
                                                                               Charles L. Marcus, Trustee